| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>BOWLER, MARIANNE B. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, MA | 3. Date of Report<br><br>05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE, F | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
One Courthouse Way, Suite 8420
BOSTON, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Suffolk University, Boston, MA |
| 2. Director | South Cove Manor (Nonprofit nursing home serving Boston's Chinatown) |
| 3. Honorary Trustee (non voting) | New England Baptist Hospital, Boston, MA |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Partners Health Care Org. - Brigham and Womens Hospital - Salary |
| 2. | 2011 | Harvard University - Salary |
| 3. | 2011 | Aastrom - Consultant |
| 4. | 2011 | Acumed (Novartis Program at ESC 2011 - (H) |
| 5. | 2011 | Amgen- Consultant |
| 6. | 2011 | American Heart Association - Editor Circulation |
| 7. | 2011 | American Society of Nephrology (H) |
| 8. | 2011 | Anthera Pharmaceuticals, Inc. - Consultant |
| 9. | 2011 | Bayer - Consultant |
| 10. | 2011 | Boehringer Ingelheim Pharmaceuticals, Inc. - Consultant (Centeon) |
| 11. | 2011 | Boston Scientific (MADIT Asia - no hourly compeensation) - Consultant |
| 12. | 2011 | Boston University - Consultant |
| 13. | 2011 | Bristol Myers Squibb- Consultant |
| 14. | 2011 | Cleveland Clinic - Consultant |
| 15. | 2011 | Duke University - Consultant |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWLER, MARIANNE B. | 05/15/2012 |

| | | |
|---|---|---|
| 16. 2011 | | Eleven Biotherapeutics, Inc. - Consultant |
| 17. 2011 | | Genzyme - Consultant |
| 18. 2011 | | GlaxoSmithKline- Consultant |
| 19. 2011 | | Great Wall Travel (China) - (H) |
| 20. 2011 | | Hamilton Health Sciences Corporation - Consultant |
| 21. 2011 | | ICS Convention Design - Consultant |
| 22. 2011 | | Medpace - Consultant |
| 23. 2011 | | Medtronic Prompt Ad Board - Consultant |
| 24. 2011 | | Merck- Consultant |
| 25. 2011 | | Montreal Heart Institute - Consultant |
| 26. 2011 | | Nicox - Consultant |
| 27. 2011 | | Roche- Consultant |
| 28. 2011 | | Sanofi-Aventis - Consultant |
| 29. 2011 | | Servier - Consultant |
| 30. 2011 | | Universal World Events (Novartis) - Consultant |
| 31. 2011 | | University of Calgary (H) |
| 32. 2011 | | University of California San Francisco (H) |
| 33. 2011 | | University of Oxford - Consultant |
| 34. 2011 | | Up To Date - Consultant |
| 35. 2011 | | Web MD - Consultant |

# IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Assoc. | March 22-26, 2011 | New York City | Annual Dinner | Transportation and Lodging |
| 2. | U.S. PTO | March 6-10, 2011 | United Arab Emrites - Dubai | I.P. Program | MealsTransportation and Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **BOWLER, MARIANNE B.** | 05/15/2012 |

| 3. | U.S. Courts | May 24-27, 2011 | Washington, DC | Meeting IJRC | Meals Transportation and Lodging |
| --- | --- | --- | --- | --- | --- |
| 4. | U.S. Courts | July 7-8, 2011 | Washington, DC | IJRC Program | Meals Transportation and Lodging |
| 5. | U.S. Courts | December 12-14, 2011 | Key Biscayne, FL | Meeting IJRC | Meals Transportation and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **BOWLER, MARIANNE B.** | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hanscom Federal Credit Union | VISA Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Tel & Tel - Common | D | Div | L | T | | | | | |
| 2. American Tel & Tel - Deben. | A | Int | J | T | | | | | |
| 3. Ameritech - Common | C | Div | K | T | | | | | |
| 4. SBC - Common | C | Div | K | T | | | | | |
| 5. Bell South - Common | C | Div | K | T | | | | | |
| 6. Verizon Common | C | Div | K | T | | | | | |
| 7. S.W. Bell - Common | A | Div | J | T | | | | | |
| 8. No. East Utility - Common | A | Div | J | T | | | | | |
| 9. IRA - Deutsche Bank Alex. Brown & Sons* | A | Interest | J | T | | | | | |
| 10. Air Touch | | None | J | T | | | | | |
| 11. Citizens Bank Checking Account | A | Interest | J | T | | | | | |
| 12. Bank of America Checking Acct. (x)** | A | Interest | M | T | | | | | |
| 13. Bank of America Savings (x) | A | Interest | M | T | | | | | |
| 14. TIAA CREF Retirement Account (x) | A | Interest | P1 | T | | | | | |
| 15. Fidelity Short Interest Mediate Municipal Income (x) | D | Dividend | M | T | | | | | |
| 16. Fidelity Mass. Mun. Money Market (x) | C | Dividend | L | T | | | | | |
| 17. Fidelity Keough | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWLER, MARIANNE B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ING Savings | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWLER, MARIANNE B. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION VII (INVESTMENTS AND TRUSTS)

\* Deutsche BankAlex.Brown Cash Reserve Fund Prime Series.
I am not aware of the composition of the fund nor do I direct or manage it.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ MARIANNE B. BOWLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544